UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

~~CITATION~~ (CASE NO.) 5:06-mj-00006 TAG
Judgment &
**ORDER TO PAY**

Merrie A. Torres by Atty Dawn Reichman

~~SOCIAL SECURITY #:~~ _____
~~DATE OF BIRTH:~~ _____
~~DRIVER'S LICENSE #:~~ _____
~~ADDRESS:~~ _____
Kern County
~~City~~   ~~State~~   ~~Zip Code~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

~~DATE:~~ _____   ~~DEFENDANT'S SIGNATURE~~

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

~~CITATION~~ (CASE NO.) 5:06-mj-00006 TAG   FINE 175.00   ASGMT. 5.00
CITATION / CASE NO: _____   FINE _____   ASGMT. _____

(✓) **FINE TOTAL** of $ 175.00 and a penalty assessment of $ 5.00 within 30 (days/~~months~~) or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____ to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____
(✓) Count one dismissed by Government; Defendant pleads guilty to count two.

PAYMENTS **must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC** and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. BOX 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

~~CLERK, USDC~~
~~501 "I" St., #4200~~
~~Sacramento, CA 95814~~

(CLERK, USDC
~~1130 O Street, Rm 5000~~
Fresno, CA 93721
2500 Tulare St.)

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 3/9/06

for U.S. MAGISTRATE JUDGE

Financial                                                                                   EDCA - 03 Rev 8/97